IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.	CASE NO. 1:96-cr-00020-MP-AK

MACEO ADRIAN BAILEY,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 460, Motion for Early Termination of Supervised Release, filed by Maceo Adrian Bailey. By the order at doc. 378, however, Mr. Bailey's supervised release was transferred to the Southern District of Florida. Accordingly, the Clerk is directed to terminate the motion on our docket but to also forward the motion to the Southern District of Florida.

    **DONE AND ORDERED** this  _6th_  day of June, 2007

                  *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge